UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLENN GALVAN,<br><br>                    Plaintiff – Appellant,<br><br>    v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, *et al.*,<br><br>                    Defendants – Appellees. | Case No.  3:15-cv-00632-MMD-VPC<br>Ninth Circuit Court of Appeals No. 17-16930<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on May 23, 2018, issued its judgment affirming the judgment of the District Court (ECF No. 84), denied a request for panel rehearing on October 4, 2018 (ECF No. 85), and on October 12, 2018, issued its mandate thereon (ECF No. 86), and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

DATED THIS 15th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE